# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1377
LT Case No. 2015-CF-002355

_____

JERRY LEON GRAVES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Jerry Leon Graves, Lake Butler, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

April 9, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____